IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40390
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GERALD A. CROOKS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-94-CR-156-1
- - - - - - - - - -

February 9, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]
PER CURIAM:[**]

Gerald Crooks ("Crooks") has appealed the denial of his petition for writ of error coram nobis. He argues that the district court erred in denying his petition and that he is entitled to such relief primarily because he was denied effective assistance of counsel. Crooks has made no showing that he is entitled to a writ of error coram nobis. See Jimenez v.

---

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Trominski, 91 F.3d 767, 768 (5th Cir. 1996).  The judgment of the district court is AFFIRMED.